NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

DECIBEL PRODUCTS, INC.,
Respondent.

No. 80–1682.

United States Court of Appeals,
Fifth Circuit.*

Unit A

April 1, 1982.

Elliott Moore, Deputy Assoc. Gen. Counsel, Michael R. White, Atty., NLRB, Washington, D. C., for petitioner.

Pray, Walker, Jackman, Williamson & Marlar, William D. Toney, Tulsa, Okl., for respondent.

Before THORNBERRY and COLEMAN, Circuit Judges.**

PER CURIAM:

Upon consideration of the petition for rehearing en banc filed in this cause, the panel, on its own motion, vacates the opinion rendered in this case, and reported at 657 F.2d 727 (1981), and the cause is remanded to the National Labor Relations Board for reconsideration in the light of *National Labor Relations Board v. North Electric Company, Plant No. 10*, 644 F.2d 580 (6 Cir., 1981).

REMANDED.